September 13, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

SOLUM ENGINEERING, INC., Appellant

NO. 14-11-00891-CV            V.

MARTHA M.J. STARICH AKA MARIE J. STARICH AND LORI A. HOOD,
Appellees

_____

This cause, an appeal from the order in favor of appellees, MARTHA M.J. STARICH AKA MARIE J. STARICH AND LORI A. HOOD, signed September 20, 2011, was heard on the transcript of the record. The record shows that the judgment is not final. We therefore order the appeal **DISMISSED**.

We order appellant, SOLUM ENGINEERING, INC. to pay all costs incurred in this appeal.

We further order this decision certified below for observance.